**No. 47970.**—Protests 977166–G, etc., of Schmid & Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise in question is not toys, and is similar in all material respects (except component material of chief value and that they are not manger sets) to the small figures the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct.188, C. D. 690), the claim that it is not subject to countervailing duty was sustained.

**No. 47971.**—Protests 963364–G, etc., of W. T. Grant Co. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that certain of the figures in question are similar in all material respects to those the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct.188, C. D. 690), the claim that they are not subject to countervailing duty under section 303 was sustained as to certain of the items.

**No. 47972.**—Protests 941135–G, etc., of Schmid & Co. (Boston).

Opinion by EKWALL, J. It was stipulated that the various small ornamental or decorative figures in question are not toys, and are similar in all material respects (except component material of chief value and that they are not manger sets) to the small figures the subject of *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690). The protests claiming that they are not subject to countervailing duty under section 303 were sustained as to certain of the items.

BEFORE THE SECOND DIVISION, JANUARY 30, 1943

**No. 47973.**—Protest 950539–G of A. W. Fenton Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.